UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BECKY BARNES-BOERS,<br><br>Plaintiff/Relator,<br><br>v.<br><br>IBARRA GENERAL ENGINEERING, INC.,<br><br>Defendant. | CASE NO. 1:22-cv-01548-JLT-HBK<br><br>ORDER RE:  UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO DECLINE INTERVENTION |

On September 12, 2024, the United States filed a Notice of Election to Decline Intervention in this *qui tam* action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). (Doc. No. 14).

Accordingly, it is ORDERED:

1. The complaint be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the United States' Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

1

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and

7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

DONE AND ORDERED.

Dated:   September 13, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2