UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY BARNES-BOERS,<br><br>　　　　　Plaintiff/Relator,<br><br>　　v.<br><br>IBARRA GENERAL ENGINEERING, INC.,<br><br>　　　　　Defendant. | CASE NO. 1:22-cv-01548-JLT-HBK<br><br>ORDER STRIKING LETTER TO COURT<br><br>(Doc. No. 23) |

　　　　This case is set for a mandatory Initial Scheduling Conference on August 21, 2025 at 10:45 a.m. (Doc. No. 22). On May 14, 2025, counsel for the relator filed a letter addressed to the undersigned addressing the potential resolution of the case and seeking to vacate the August 21, 2025 mandatory Initial Scheduling Conference. (Doc. No. 23).

　　　　Under the Federal Rules of Civil Procedure and this Court's Local Rules, all requests for a court order must be made by motion and served on all parties to the action. *See* Federal Rules of Civil Procedure 5(a)(1)(D), 7(b)(1); Local Rule 135(d). Further, "[n]o petition or motion shall be addressed to an individual Judge or Magistrate Judge." Local Rule 190(c).

　　　　To the extent the Parties seeks to vacate the mandatory Initial Scheduling Conference they shall file an appropriate motion. Further, to the extent the Parties reach a resolution of this matter, they shall

1

file promptly file a notice of settlement consistent with this Court's Local Rules.  Local Rule 160 (a).

Accordingly, the **Clerk of Court** shall **STRIKE** the letter addressed to the undersigned (Doc. No. 23) from the docket.

Dated:   July 23, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2