1  ERIC GRANT
   United States Attorney
2  ROBERT A. FUENTES
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for the United States
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA *ex rel.*   | CASE NO. 1:22-cv-01548-JLT-HBK
   | BECKY BARNES-BOERS,
12 |
   |                    Plaintiff/Relator, | [~~PROPOSED~~] ORDER OF DISMISSAL
13 |
   |         v.
14 |
   | IBARRA GENERAL ENGINEERING, INC.,
15 |
   |                    Defendant.
16

17     Having reviewed Relator Becky Barnes-Boers' notice of voluntary dismissal of this action (Doc.
18 27), and the United States' notice of consent to dismissal pursuant to 31 U.S.C. § 3730(b)(1) (Doc. 28),
19 the Court **ORDERS** that this action be dismissed with prejudice as to Relator and without prejudice as
20 to the United States.
21     The Clerk of Court is directed to **CLOSE THIS CASE**.
22

23 IT IS SO ORDERED.

24     Dated:   **November 4, 2025**                    _____
25                                                     UNITED STATES DISTRICT JUDGE

26

27

28

[PROPOSED] ORDER